UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| CAROLINA SANCHEZ, *et al.*, | ) ) ) | |
| | ) | 2:05-cv-0158-RCJ-GWF |
| Plaintiffs, | ) ) | |
| v. | ) ) | O R D E R |
| M&H ENTERPRISES, *et al.*, | ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

Before the Court for consideration is the Order and Findings and Recommendation of Magistrate Judge George W. Foley, Jr., entered July 19, 2006. No objections have been filed.

The Court has conducted a review of the record in this case and determines that the Order and Findings and Recommendation of the United States Magistrate Judge entered July 19, 2006, should be affirmed.

IT IS THEREFORE ORDERED that Magistrate Judge Foley's Order and Findings and Recommendation (#55) be affirmed and adopted.

DATED: March 26, 2007.

_____
ROBERT C. JONES
United States District Judge